# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC D. WILLIAMS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72022

FILED

JAN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition seeks a writ of mandamus or prohibition. Despite petitioner's representation to the contrary, the petition challenges a judgment of conviction and sentence. Those challenges must be presented to the district court in the first instance in a postconviction petition for a writ of habeas corpus.[1]  *See* NRS 34.724(2)(b); NRS 34.738; NRAP 22. We decline to consider the issues raised in the petition for writ of mandamus or prohibition, *see* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840,

---

[1]The documents submitted with the petition indicate that petitioner has filed a postconviction habeas petition in the district court. If the district court denies the petition, then petitioner may appeal the decision to this court by timely filing a notice of appeal in the district court. NRS 34.575(1) (providing that if district court denies postconviction habeas petition, petitioner may appeal by filing a notice of appeal within 30 days after service of written notice of entry of the district court's order); NRAP 22 ("If an application [for a writ of habeas corpus] is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ.").

17-01254

841, 844 (2004); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981), and we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jessie Elizabeth Walsh, District Judge
Eric D. Williams
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk